UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERRANCE JONES,

    Plaintiff,

v.                                           Case No. 3:23-cv-381-TJC-JBT

TRANSUNION RENTAL SCREENING
SOLUTIONS, INC.,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 27), filed on December 1, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of December, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record